UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRN ROOFING, INC., a/a/o GEORGE
GALLA and LAVERNE GALLA,

      Plaintiff,

v.                                            Case No. 2:20-cv-270-JLB-MRM

NATIONAL SPECIALTY INSURANCE
COMPANY,

      Defendant.

## ORDER

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 36.) The notice is self-executing. Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on March 19, 2021

*/s/ John L. Badalamenti*
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE